**Gary Lee HARRIS, Petitioner-Appellant,**

v.

**Commonwealth of VIRGINIA, Respondent-Appellee.**

No. 17-6185

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 31, 2017

Gary Lee Harris, Appellant Pro Se.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Lee Harris appeals the district court's order dismissing this civil action advising the district court of an appeal pending with the Supreme Court of Virginia. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Harris v. Virginia*, No. 1:17-cv-00057-LMB-TCB (E.D. Va. Jan. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*